UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD LEE HASSELBRING,

        Petitioner,

v.                                        Case Number: 2:08-cv-14845
                                        Honorable George Caram Steeh

DEBRA SCUTT,

        Respondent.

_____/

## **JUDGMENT**

    **IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Opinion and Order dated

January 23, 2012, the habeas petition is **DISMISSED WITH PREJUDICE**.


                                        DAVID J. WEAVER
                                        CLERK OF THE COURT

                                        BY: s/M. Beauchemin_____
                                            DEPUTY COURT CLERK

Dated:  January 23, 2012